UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
PROPHET MORTGAGE OPPORTUNITIES, LP,  :
:
Plaintiff,  :
:  22 Civ. 9771 (JPC)
-v-  :
:  ORDER
CHRISTIANA TRUST, a Division of Wilmington  :
Savings Fund Society, FSB, as Both Owner Trustee and  :
Indenture Trustee of RBSHD 2013-1 Trust *et al.*,  :
:
Defendants.  :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court will hear oral argument on Defendants' Motion to Dismiss, Dkt. 39, on January 17, 2024, at 10:00 a.m. in Courtroom 12D at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Each side will be allotted thirty minutes for argument.

SO ORDERED.

Dated: November 28, 2023
New York, New York

JOHN P. CRONAN
United States District Judge