# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Alexander S. Lorenzo          Direct Dial: +1 212 210 9528          Email: alexander.lorenzo@alston.com

*Via ECF*

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> The request is granted.  Defendants shall file the Third Party Complaint by January 5, 2024.  The Clerk of Court is respectfully directed to close Docket Number 66.
>
> SO ORDERED.
> Date: December 28, 2023
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   *Prophet Mortgage Opportunities, LP v. Christiana Trust and RBSHD 2013-1 Trust*, No. 1:22-cv-09771-JPC

Dear Judge Cronan,

    We are counsel to Defendants in the above-referenced matter and write to request a one-week extension of Defendants' deadline to file an initial Third Party Complaint in this action in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases.  Opposing counsel consents to this extension.

    Defendants' original deadline to file its initial Third Party Complaint is **Friday, December 29, 2023**.  Defendants are requesting a one-week extension, which would move this deadline to file to **Friday, January 5, 2024**.

    Defendants seek this extension because of certain commitments and vacations during the holidays among counsel and Defendants.  This is Defendants' first request for extension.  This extension does not affect any other scheduled dates or deadlines.  This request for extension is filed more than 48 hours (i.e., two business days) prior to the deadline.  Accordingly, Defendants respectfully request that the Court grant Defendants a one-week extension to file the initial Third Party Complaint.

    We are available at Your Honor's convenience if the Court requires any additional information.

    Respectfully submitted,

    */s/ Alexander S. Lorenzo*

    Alexander S. Lorenzo

cc: All counsel of record (by ECF)

Alston & Bird LLP                                                                                                          www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.