UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PROPHET MORTGAGE OPPORTUNITIES, LP,            :
:
Plaintiff,              :
:
-v-                            :         22 Civ. 9771 (JPC)
:
:                     ORDER
CHRISTIANA TRUST, a Division of Wilmington     :
Savings Fund Society, FSB, as Both Owner Trustee and :
Indenture Trustee of RBSHD 2013-1 Trust,       :
:
Defendant,             :
:
and RBSHD 2013-1 TRUST,                         :
:
Nominal Defendant.     :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Pursuant to the Opinion and Order issued today, Dkt. 103 at 50, if Prophet chooses to file an amended complaint, it must file it by March 21, 2024.

    SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                                  JOHN P. CRONAN
                                            United States District Judge