UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROPHET MORTGAGE OPPORTUNITIES, LP,

        Plaintiff,

-against-

CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society, FSB, as Both Owner Trustee and Indenture Trustee of the RBSHD 2013-1 Trust,

        Defendant,

And RBSHD 2013-1 TRUST,

        Nominal Defendant.

CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society, FSB, as Both Owner Trustee and Indenture Trustee of the RBSHD 2013-1 Trust and RBSHD 2013-1 TRUST,

        Third-Party Plaintiffs,

-against-

MATTHEW C. BROWNDORF, et al.,

        Third-Party Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2024

22-CV-09771 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As discussed and for the reasons stated during the April 16 conference, it is hereby ORDERED that the parties shall file a joint letter, no later than **May 3, 2024**, as to the status of the subject matter jurisdiction issue in this action, including any anticipated next steps (e.g., amendment of the complaint, partial summary judgment motion on Plaintiff's claim under the Trust Indenture Act of 1939), as well as any potential anticipated default judgment motion(s) against the Third-Party Defendants.

    It is further ORDERED that the discovery schedule shall be amended as follows:

- The close of fact discovery shall be **August 16, 2024**; and
- The close of expert discovery shall be **November 14, 2024**.

It is further ORDERED that, in accordance with Rule II(B)(9) of the Court's Individual Rules & Practices, all parties shall appear for a post-discovery conference on **Tuesday, December 17, 2024, at 9:30 a.m.**  The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  The parties shall follow the Court's procedures for post-fact-discovery communications with the Court—any pre-motion letters shall be due no later than **November 28, 2024**, and should no party file a pre-motion letter, then the parties' joint letter shall be due no later than **December 5, 2024**.

Dated: April 17, 2024
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge