USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROPHET MORTGAGE OPPORTUNITIES, LP,

        Plaintiff,

-against-

CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society, FSB, as Both Owner Trustee and Indenture Trustee of the RBSHD 2013-1 Trust,

        Defendant,

And RBSHD 2013-1 TRUST,

        Nominal Defendant.

CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society, FSB, as Both Owner Trustee and Indenture Trustee of the RBSHD 2013-1 Trust and RBSHD 2013-1 TRUST,

        Third-Party Plaintiffs,

-against-

MATTHEW C. BROWNDORF, et al.,

        Third-Party Defendants.

22-CV-09771 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Court is in receipt of the Proposed Intervenor's, Richard A. Marshack's, letter regarding his anticipated motion to intervene in this action. Dkt. No. 118. It is hereby ORDERED that all other parties shall each file letters providing their position on the proposed request to intervene, and any need for a conference, no later than **May 7, 2024**. The Court will consider the request for a conference following receipt of these letters.

Dated: April 23, 2024
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge