UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROPHET MORTGAGE OPPORTUNITIES, LP,

    Plaintiff,

v.

CHRISTIANA TRUST, a division of Wilmington Savings Fund Society, FSB, as both Owner Trustee and Indenture Trustee of RBSHD 2013-1 Trust,

    Defendants / Third-Party Plaintiff,

and RBSHD 2013-1 TRUST,

    Third-Party Plaintiff,

v.

MATTHEW C. BROWNDORF; DCM-P1, LLC; DISTRESSED CAPITAL MANAGEMENT, LLC; and LNREPO 2021 LLC,

    Third-Party Defendants.

Case No. 22-cv-9771 (MMG)

**[PROPOSED] ORDER TO PRODUCE MATTHEW C. BROWNDORF FOR VIDEO DEPOSITION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2024

    This cause comes before the Court on Defendants' Motion for Entry of an Order to Produce Matthew C. Browndorf for Video Deposition.

    IT IS HEREBY ORDERED that inmate Matthew C. Browndorf, Register No. 21321-510, shall be produced for a video deposition at his current correctional facility at a time agreed upon by the appropriate officials at said correctional facility.

    The Clerk of Court is respectfully directed to terminate Dkt. No. 140.

_____
Hon. Margaret M. Garnett
United States District Judge
Date: 8/13/2024