**CLARICK GUERON REISBAUM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2024

Nicole Gueron
ngueron@cgr-law.com
Direct: 212.633.431_

<u>Via ECF</u>                                                                                  September 16, 2024

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007
GarnettNYSDChambers@nysd.uscourts.gov

      Re:    *Prophet Mortgage Opp. v. Christiana Trust*, Case No. 1:22-cv-09771-MMG

Dear Judge Garnett:

      Pursuant to Rule I.D.3 of Your Honor's Individual Rules, we write on behalf of Plaintiff Prophet to respectfully request leave to file under seal Prophet's September 16, 2024 discovery letter-motion and associated exhibits, in order to protect information therein that Defendant Christiana Trust has marked as confidential.

      On September 12, 2024, the parties met and conferred to discuss Prophet's discovery letter-motion; Defendant asked that Prophet file under seal Defendant's deposition testimony and documents, described in Prophet's discovery letter-motion, each of which Defendant designated "Confidential" under the Stipulated Confidentiality Agreement and Protective Order (Dkt. 109). Accordingly, Prophet is submitting its discovery letter-motion and exhibits contemporaneously herewith under seal and electronically related to this letter.

      We thank the Court for its attention to this matter and are available at the Court's convenience.

> Application GRANTED. It is hereby ORDERED that the discovery letter-motion at Dkt. No. 145 and related exhibits may remain under seal as they have been marked as confidential pursuant to the parties' Stipulated Confidentiality Agreement and Protective Order. Although "[t]he common law right of public access to judicial documents is firmly rooted in out antion's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal references omitted); *see also Nixon v. Warner Commc'ns*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of a particular case."). Having examined the documents at issue and considered the parties' representations, it is hereby ORDERED that the motion to seal (Dkt. No. 144) is GRANTED.
>
> The Clerk of Court is respectfully directed to terminate Dkt. No. 144.
> Dated: 9/17/2024
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Nicole Gueron*
Nicole Gueron